IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,                                   No. CIV S-06-1701-LKK-CMK

        Plaintiff,

    vs.                                                         <u>ORDER</u>

BARBARA MURRAY, et al.,

        Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2), filed on August 2, 2006.

        Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis is granted.

DATED: November 9, 2006.

                                                                         CRAIG M. KELLISON
                                                                         UNITED STATES MAGISTRATE JUDGE