IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. CIV S-06-1701-LKK-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| BARBARA MURRAY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  Pending before the court is plaintiff's document entitled "Notice of Settlement and Motion to Dismiss," (Doc. 9), filed on December 1, 2006.  Plaintiff states that he has settled the claims giving rise to this action and requests voluntary dismissal of this action with prejudice.  Good cause appearing therefore, the court will recommend that plaintiff's motion for voluntary dismissal be granted and that this case be dismissed with prejudice.

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that:

1. Plaintiff's motion for voluntary dismissal be granted;

2. This action be dismissed; and

3. The Clerk of the Court be directed to enter judgment and close this file.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 6, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE