IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER T. HARRELL,    No. CIV S-06-1701-LKK-CMK

    Plaintiff,

  vs.    ORDER

BARBARA MURRAY, et al.,

    Defendants.

_____/

    Plaintiff, who is proceeding pro se, brings this action for damages, invoking this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On December 7, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 20 days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2006, are adopted in full;

2. Plaintiff's motion for voluntary dismissal of this entire action is granted;

3. This action is dismissed; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT